Barbara W. Gallagher, Esq.
Nevada Bar No. 005315
Kidwell & Gallagher, Ltd.
790 Commercial Street
Elko, NV 89801
T: 775.738.1000
F: 775.753.8600
E: barbara@kidwellgallagher.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DANA HACKENBERGER<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA ex rel UNITED STATES DEPARTMENT OF ENERGY; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | CASE NO.: Case No. 2:23-cv-00055-JAD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND PRETRIAL ORDER** |

Plaintiff, DANA HACKENBERGER("Plaintiff"), by and through her attorneys of record, KIDWELL & GALLAGHER, and Defendant, UNITED STATES OF AMERICA ex rel UNITED STATES DEPARTMENT OF ENERGY ("Defendant"), by and through its attorneys of record, U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF NEVADA, (collectively, "the Parties") submit the following Stipulation and proposed Order to Extend Time for the Parties to file the Proposed Joint Pretrial Order.

Pursuant to LR IA 6-1 and LR 26-3, the Parties hereby agree to a sixty (60) day continuance to file the Proposed Joint Pretrial Order. The current deadline for the Proposed Joint Pretrial Order is August 16, 2024. The parties are seeking mediation with a Magistrate judge.

It is hereby stipulated that the Proposed Joint Pretrial Order be filed by October 15, 2024.

Dated this 19th day of July 2024.

/s/ Barbara W. Gallagher
_____
BARBARA W. GALLAGHER
Nevada Bar No. 5315
790 Commercial Street
Elko, NV 89801
Attorneys for Plaintiff

Dated this 19th day of July 2024.

/s/ Richard Colonna
_____
R. Thomas Colonna, Esq.
Nevada Bar No. _____
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Attorney for Defendant

**<u>ORDER</u>**

IT IS SO ORDERED.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: July 22, 2024

**CERTIFICATE OF SERVICE**

Pursuant to Nevada Rules of Civil Procedure 5 (b), I hereby certify that I am an employee of KIDWELL & GALLAGHER, LTD., and that on this day, I certify that service the foregoing **STIPULATION AND ORDER TO EXTEND PRETRIAL ORDER** was made to all parties including the following to this action by:

R. Thomas Colonna
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, NV 89101
Richard.Colonna@usdoj.gov
Attorney for Defendant

Method of Service

☒ **U.S. First Class Mail:** I deposited a true and correct copy of said document(s) via U.S. First Class mail, with postage pre-paid.

☐ **Facsimile:** I caused said document(s) to be transmitted by facsimile transmission. The sending facsimile machine properly issued a transmission report confirming that the transmission was complete and without error.

☒ **Electronic Mail:** I caused said document(s) to be delivered by emailing an attached Adobe Acrobat PDF of the document to the email address(es) identified below.

☐ **Electronic Service:** I caused said document(s) to be delivered by electronic means upon all eligible electronic recipients via the United States District Court CM/ECF system

DATED this 19th day of July, 2024.

                                                 */s/ Jasmine Utt*
                                  Employee of Kidwell & Gallagher, Ltd.



**Jasmine Utt <jasmine@kidwellgallagher.com>**

## Hackenberger v. US Energy - SAO

**Colonna, Richard (USANV)** <Richard.Colonna@usdoj.gov>    Fri, Jul 19, 2024 at 12:22 PM
To: Jasmine Utt <Jasmine@kidwellgallagher.com>
Cc: "Minkova, Vera (USANV)" <Vera.Minkova@usdoj.gov>, Barbara Gallagher <barbara@kidwellgallagher.com>

Jasmine, thank you. Yes, you can add my e-signature and file. Thanks again.

V/r,

[Quoted text hidden]