JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
R. THOMAS COLONNA
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Richard.Colonna@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DANA HACKENBERGER<br><br>    Plaintiff,<br>   v.<br><br>UNITED STATES OF AMERICA ex. Rel. UNITED STATES DEPARTMENT of ENERGY; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>    Defendants. | Case No. 2-23-cv-00055-JAD-DJA<br><br>**Stipulation and Order to Schedule Settlement Conference and Extend the JPTO Deadline** |

The parties respectfully request that the Court set this matter for a settlement conference and extend the remaining deadline for filing of a Joint Pretrial Order. *See* LR 26-3.

This is a motor vehicle accident case in which plaintiff alleges she sustained injuries because of the collision with Defendant Jones. The parties have completed discovery. The only remaining deadline is October 15, 2024, for the proposed joint pretrial order.

The parties propose the following potential settlement conference dates for the Court's consideration: December 19, 2024; January 20, 2024; January 21, 2024; January 30, 2024; February 10, 2024.

If this case were not resolved at the settlement conference, the parties agree to submit the proposed joint pretrial order within 30 days thereafter.

Accordingly, the parties respectfully request that the Court grant this stipulation and thereafter issue a separate order setting the date, details, and requirements for the settlement conference.

Respectfully submitted this 2nd day of October 2024.

| | |
|---|---|
| KIDWELL & GALLAGHER, LTD | JASON M. FRIERSON<br>United States Attorney |
| */s/ Barbara Gallagher*<br>BARBARA GALLAGHER.<br>Nevada Bar No. 5315<br>790 Commercial Street<br>Elko, Nevada 89801<br>*Attorney for Plaintiffs* | */s/ R. Thomas Colonna*<br>R. THOMAS COLONNA<br>Assistant United States Attorney<br>*Attorney for Defendant* |

**IT IS SO ORDERED**.  A settlement conference is set for **December 19, 2024 at 10:00 a.m.**  The Court will enter a separate order providing further details.

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** 10/4/2024

2