JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
R. THOMAS COLONNA
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Richard.Colonna@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DANA HACKENBERGER<br><br>    Plaintiff,<br>  v.<br><br>UNITED STATES OF AMERICA ex. Rel. UNITED STATES DEPARTMENT of ENERGY; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>    Defendants. | Case No. 2-23-cv-00055-JAD-MDC<br><br>**Stipulation to Extend Time to Submit Joint Pretrial Order**<br><br>/First Request/ |

Pursuant to this Court's October 4, 2024, Order (ECF No. 28) the deadline for the parties to submit a proposed joint pretrial order is 30 days after the parties' unsuccessful settlement conference. The settlement conference in this case was held on December 19, 2024, and therefore the deadline to submit a proposed joint pretrial order is January 21, 2025.

The undersigned Defense counsel is preparing for a criminal trial in another case, USA v. Patillo, 2:22-cr-00057-MMD-NJK, set on January 8, 2025, and respectfully requests a two-weeks extension to the joint pretrial order deadline, from January 21, 2025, to February 4, 2025. Plaintiff's counsel does not oppose this request. This request for extension is made in good faith.

///

///

Accordingly, the parties respectfully request that the Court grant this stipulation and extend the deadline for filing of a joint pretrial order from January 21, 2025, to February 4, 2025.

Respectfully submitted this 7th day of January 2025.

| | |
|---|---|
| KIDWELL & GALLAGHER, LTD | JASON M. FRIERSON<br>United States Attorney |
| */s/ Barbara Gallagher*<br>BARBARA GALLAGHER<br>Nevada Bar No. 5315<br>790 Commercial Street<br>Elko, Nevada 89801<br>*Attorney for Plaintiffs* | */s/ R. Thomas Colonna*<br>R. THOMAS COLONNA<br>Assistant United States Attorney<br>*Attorney for Defendant* |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: 1-10-25

2