Barbara W. Gallagher, Esq.
Nevada Bar No. 005315
Kidwell & Gallagher, Ltd.
790 Commercial Street
Elko, NV 89801
T: 775.738.1000
F: 775.753.8600
E: barbara@kidwellgallagher.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DANA HACKENBERGER<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA ex rel UNITED STATES DEPARTMENT OF ENERGY; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No. 2:23-cv-0055-JAD-MDC<br><br>**STIPULATION AND ORDER TO DISMISS ALL CLAIMS WITH PREJUDICE**<br><br>ECF No. 41 |

**STIPULATION AND ORDER TO DISMISS ALL CLAIMS WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above captioned lawsuit, by and through their respective attorneys of record, that all of Plaintiff's claims in this matter be dismissed with prejudice, with each of the parties to pay their own attorney fees and costs herein incurred.

DATED this 26th day of August 2025

KIDWELL & GALLAGHER, LTD.

By: */s/ Barbara Gallagher*
Barbara W. Gallagher, Esq.
Nevada State Bar No. 005315
790 Commercial Street
Elko, Nevada 89801
(775) 738-1000
Barbara@kidwellgallagher.com

UNITED STATES

By: */s/ Karissa Neff*
Karissa D. Neff, Esq.
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6552
Richard.colonna@usdoj.gov

# ORDER

Based on the parties' stipulation [ECF No. 41] and with good cause appearing, IT IS HEREBY ORDERED that THIS CASE IS DISMISSED with prejudice, with each party to bear its own costs and fees. The Clerk of Court is directed to CLOSE THE CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 26, 2025



Jasmine Utt <jasmine@kidwellgallagher.com>

## Hackenberger v. United States of America

**Neff, Karissa (USANV)** <Karissa.Neff@usdoj.gov>                    Tue, Aug 26, 2025 at 8:20 AM
To: Jasmine Utt <Jasmine@kidwellgallagher.com>
Cc: Barbara Gallagher <barbara@kidwellgallagher.com>, "Covarrubias, Maria (USANV)" <Maria.Covarrubias@usdoj.gov>

Good morning,

Yes, you have my permission to affix my e-signature.

Thanks,

Karissa

**From:** Jasmine Utt <Jasmine@kidwellgallagher.com>
**Sent:** Monday, August 25, 2025 4:26 PM
**To:** Neff, Karissa (USANV) <Karissa.Neff@usdoj.gov>
**Cc:** Barbara Gallagher <barbara@kidwellgallagher.com>; Covarrubias, Maria (USANV) <Maria.Covarrubias@usdoj.gov>

[Quoted text hidden]

[Quoted text hidden]